UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BIRD,<br><br>        Plaintiff,<br><br>   vs.<br><br>P. MITCHELL, et al.,<br><br>        Defendants | 1:15-cv-00641-AWI-GSA-PC<br>[Madera County Superior Court case #MCCV069617]<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 5.)<br><br>ORDER REMANDING CASE TO MADERA COUNTY SUPERIOR COURT<br><br>ORDER FOR CLERK TO CLOSE CASE AND SERVE NOTICE OF REMAND |

      Michael Bird ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 29, 2015, findings and recommendations were entered, recommending that this action be remanded to the Madera County Superior Court. (Doc. 5.) The parties were granted thirty days in which to file objections to the findings and recommendations. (Id.) The thirty-day time period has expired, and the parties have not filed objections or otherwise responded to the findings and recommendations. (Court Record.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 29, 2015, are adopted in full;
2. This action is remanded to the Madera County Superior Court; and
3. The Clerk of Court is directed to close this case and serve notice of the remand.

IT IS SO ORDERED.

Dated:   June 12, 2015                                    _____
                                                                           SENIOR DISTRICT JUDGE